AO 442    (Rev. 10/03)  Warrant for Arrest

# UNITED STATES DISTRICT COURT

MIDDLE District of ALABAMA

| UNITED STATES OF AMERICA | WARRANT FOR ARREST |
|---|---|
| V. | |
| ANTHONY CHARLES BROWN<br>649 COUNTY ROAD 729<br>CHANCELLOR, AL 36316 | Case Number: 1:05CR148-F |

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __ANTHONY CHARLES BROWN__
                                              Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[X] Indictment [ ] Information [ ] Complaint [ ] Order of court [ ] Probation Violation Petition [ ] Supervised Release Violation Petition [ ] Violation Notice

charging him or her with  (brief description of offense)

Sell or Distribute a Controlled Substance

Aiding and Abetting

in violation of Title __21 & 18__ United States Code, Section(s) __841, 846 and 2__

DEBRA P. HACKETT
Name of Issuing Officer

CLERK OF COURT
Title of Issuing Officer

Signature of Issuing Officer

JUNE 30, 2005
Date and Location

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |