IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
__SOUTHERN__ DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v ) | CR. NO. 1:05cr148-F |
| ) | |
| ANTHONY CHARLES BROWN ) | |

## WAIVER OF SPEEDY TRIAL ACT RIGHTS

I, __Anthony Brown__, defendant in the above styled case, do hereby waive my rights to a speedy trial as established in 18 U.S.C. § 3161 et seq. I certify to the court that I am waiving these rights knowingly, voluntarily, and intelligently after receiving a full and complete explanation of my rights given to me by my attorney and,

WITH FULL KNOWLEDGE OF MY RIGHTS, I HEREBY EXPRESSLY WAIVE MY RIGHTS TO A SPEEDY TRIAL.

__7/8/05__                                __Anthony Brown__
DATE                                      DEFENDANT

__7/8/05__                                __Russell J. [signature]__
DATE                                      ATTORNEY FOR DEFENDANT