COURTROOM DEPUTY'S MINUTES
MIDDLE DISTRICT OF ALABAMA

☑ INITIAL APPEARANCE
☐ BOND HEARING
☐ DETENTION HEARING
☐ PRELIMINARY (EXAMINATION) (HEARING)
☐ REMOVAL HEARING (R.40)
☐ ARRAIGNMENT

DATE: July 8, 2005

Digital Recording 3:4/ to 4:15pm

PRESIDING MAG. JUDGE: DRB            DEPUTY CLERK: sql
CASE NO. 1:05cr148                   DEFT. NAME: Anthony Charles BROWN
AUSA: Hardwick                        DEFT. ATTY: Duraski
                                      Type Counsel: ( ) Retained; (✓) Panel CJA; ( ) Waived; ( ) CDO
                                      ☑ DO CJA
PTSO: Thweatt/Martin/Conoly
USPO:
Defendant ___ does ___✓___ does NOT need an interpreter
Interpreter present ___✓___ NO ___ YES  Name: _____

- ☑ Date of Arrest 7-8-05 or ☐ Arrest Rule 40
- ☑ Deft. First Appearance. Advised of rights/charges. ☐ Prob/Sup Rel Violator
- ☐ Deft. First Appearance with Counsel
- ☐ Deft. First Appearance without Counsel
- ☐ Requests appointed Counsel
- ☑ Financial Affidavit executed ☐ to be obtained by PTSO
- ☐ ORDER appointing Community Defender Organization
- ☐ Panel Attorney Appointed; ☐ to be appointed – prepare voucher
- ☐ Deft. Advises he will retain counsel. Has retained _____
- ☐ Government's ORAL Motion for Detention Hearing ☐ to be followed by written motion;
  ☐ Government's WRITTEN motion for Detention Hearing filed
- ☐ Detention Hearing ☐ held; ☐ set for _____ at _____
- ☐ ORDER OF TEMPORARY DETENTION PENDING HEARING entered
- ☐ ORDER OF DETENTION PENDING TRIAL entered
- ☑ Release order entered. Deft advised of conditions of release
- ☑ BOND EXECUTED (M/D AL charges) $ _____. Deft released
- ☐ BOND EXECUTED (R.40 charges) - deft to report to originating district as ordered
- ☐ Bond not executed. Deft to remain in Marshal's custody
- ☐ Deft. ORDERED REMOVED to originating district
- ☐ Waiver of ☐ preliminary hearing; ☐ Waiver of Rule 40 Hearing
- ☐ Court finds PROBABLE CAUSE. Defendant bound over to the Grand Jury.
- ☑ ARRAIGNMENT ☑ HELD. Plea of NOT GUILTY entered. ☐ Set for _____
  DISCOVERY DISCLOSURE DATE: 7-8-05
- ☐ NOTICE to retained Criminal Defense Attorney handed to counsel
- ☐ Identity/Removal Hearing set for _____
- ☐ Waiver of Speedy Trial Act Rights executed