# IN THE UNITED STATES DISTRICT COURT FOR
# THE MIDDLE DISTRICT OF ALABAMA
# SOUTHERN DIVISION

RECEIVED
2005 AUG -2  P 1: 33
DEBRA P. HACKETT, CLK
MIDDLE DISTRICT AL

| | | |
|---|---|---|
| United States of America | * | |
| | * | |
| v. | * | CR. No.: 1:05-CR-148-F |
| | * | |
| Anthony Charles Brown | * | |

## NOTICE OF PLEA OF NOT GUILTY BY REASON
## OF MENTAL DISEASE AND/OR DEFECT
## AND NOTICE OF EXPERT EVIDENCE OF MENTAL CONDITION

Comes now the Defendant in the above-styled matter, Anthony Charles Brown, and files this his NOTICE OF PLEA OF NOT GUILTY BY REASON OF MENTAL DISEASE AND/OR DEFECT AND NOTICE OF EXPERT EVIDENCE OF MENTAL CONDITION and shows that a copy of said notice has been served upon the office of the United States Attorney on the date shown below.

Respectfully submitted this 2ND day of August, 2005.

Russell T. Duraski (DUR007)
Attorney for Defendant
5950 Carmichael Place
Suite 213
Montgomery, Alabama 36117
Telephone: (334) 260-9733
FAX: (334) 260-9735
Email: duraskilaw@charter.net

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document upon the Assistant United States Attorney shown below by placing a copy of same in the United States mail, postage prepaid, and properly addressed.

Done this 2ND day of August, 2005.

Russell T. Duraski (DUR007)
Attorney for Defendant


Tommie Hardwick, Esq.
Assistant U.S. Attorney
Post Office Box 197
Montgomery, Alabama   36101-0197