| | |
|---|---|
| U.S. Department of Justice<br>United States Marshals Service | **PROCESS RECEIPT AND RETURN**<br>See Instructions for "Service of Process by the U.S. Marshal"<br>on the reverse of this form |

| PLAINTIFF<br>UNITED STATES OF AMERICA | COURT CASE NUMBER<br>1:05cr148-F |
|---|---|
| DEFENDANT<br>RUBY HOWARD SHIRAH d/b/a BENT CAN GROCERY and BELLWOOD GROCERY, and ANTHONY CHARLES BROWN | TYPE OF PROCESS<br>LIS PENDENS (Bent Can Grocery) |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
GENEVA COUNTY JUDGE OF PROBATE

ADDRESS (Street or RFD, Apartment No., City, State, and ZIP Code)
200 NORTH COMMERCE STREET - GENEVA, ALABAMA 36340

SEND NOTICE OF SERVICE TO REQUESTER AT NAME AND ADDRESS BELOW:

John T. Harmon
United States Attorney's Office

Number of process to be served with this Form - 285: 1
Number of parties to be served in this case: 1

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Geneva Co. Judge of Probate
P.O. Box 430
Geneva, AL 36340

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature: Margaret Mixon ☐ Agent ☐ Addressee
B. Received by (Printed Name): Margaret Mixon
C. Date of Delivery: 7/13/05
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☒ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

7001 1140 0001 8579 5854

PS Form 3811, August 2001    Domestic Return Receipt    2ACPRI-03-Z-0985

TELEPHONE NUMBER: (334) 223-7280
DATE: JULY 7, 2005

Signed USMS Deputy or Clerk    Date: 7/7/05

**RETURNED AND FILED**
AUG - 1 2005
CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

Name and title of individual served (If not shown above).

Address (complete only if different than shown above)

Date of Service: 7/13/05    Time: 2:04 pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount Owed to US Marshal or Amount or Refund |
|---|---|---|---|---|---|
| 45.00 | | | 8.00 | 53.00 | |

REMARKS: 7/8/05 C.M. # 7001 1140 0001 8579 5854
7/11/05 received green card signed "Margaret Mixon"
7/13/05 recorded BK 543 PG 271

PRIOR EDITIONS MAY BE USED    FORM USM 285 (Rev. 12/15/80)