IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. 1:05cr148-F |
| ) | |
| RUBY HOWARD SHIRAH d/b/a ) | |
| BENT CAN GROCERY and ) | |
| BELLWOOD GROCERY, and ) | |
| ANTHONY CHARLES BROWN ) | |

<u>UNITED STATES' NOTICE OF APPEARANCE</u>

Comes now the undersigned Assistant United States Attorney for the Middle District of Alabama, John T. Harmon, and enters his notice of appearance on behalf of the United States, in the above-styled cause.

Respectfully submitted this 10th day of August, 2005.

FOR THE UNITED STATES ATTORNEY
LEURA G. CANARY

/s/John T. Harmon
John T. Harmon
Assistant United States Attorney
Office of the United States Attorney
Middle District of Alabama
One Court Square, Suite 201 (36104)
Post Office Box 197
Montgomery, Alabama 36101-0197
Telephone:(334) 223-7280
Facsimile:(334) 223-7560
E-mail: John.Harmon@usdoj.gov
Bar Number: 7068-II58J

**CERTIFICATE OF SERVICE**

I hereby certify that on August 10, 2005, I electronically filed the foregoing Notice of Appearance with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: **Russ Duraski, David Jerome Harrison, Donald R. Jones, Jr.** and **Tommie Brown Hardwick.**

Respectfully submitted,

/s/John T. Harmon
John T. Harmon
Assistant United States Attorney
Office of the United States Attorney
Middle District of Alabama
One Court Square, Suite 201 (36104)
Post Office Box 197
Montgomery, Alabama 36101-0197
Telephone:(334) 223-7280
Facsimile:(334) 223-7560
E-mail: John.Harmon@usdoj.gov
Bar Number: 7068-II58J