| | |
|---|---|
| **COURTROOM DEPUTY MINUTES** | **DATE:** SEPTEMBER 19, 2005 |
| **MIDDLE DISTRICT OF ALABAMA** | **DIGITAL RECORDED:** 1:07 - 1:09 |

## PRETRIAL CONFERENCE

**PRESIDING MAG. JUDGE:** <u>CHARLES S. COODY</u>    **DEPUTY CLERK:** <u>WANDA STINSON</u>

**CASE NUMBER:** <u>1:05CR148-F-CSC</u>    **DEFENDANT NAME:** <u>ANTHONY C. BROWN</u>

## APPEARANCES

| GOVERNMENT | DEFENDANT |
|---|---|
| ATTY. TOMMIE HARDWICK | ATTY. RUSSELL T. DURASKI |

√ **DISCOVERY STATUS:** NONE. THERE ARE SOME MENTAL ISSUES. AWAITING MEDICAL RECORDS.

√ **PENDING MOTION STATUS:** NONE

√ **PLEA STATUS:** POSSIBLE PLEA

√ **TRIAL STATUS:** WILL TAKE 3 DAYS FOR TRIAL

☐ **REMARKS:**