RECEIVED
2005 OCT 25 P

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **United States of America** | * |
| | * |
| v. | *   CR. No. 1:05CR148-F |
| | * |
| **Anthony Charles Brown** | * |

## EMERGENCY MOTION TO CONTINUE

Comes now the undersigned counsel for the Defendant in the above-styled matter and files this his EMERGENCY MOTION TO CONTINUE and shows as follows:

1. This matter is set for trial on November 7, 2005.

2. The parties have become involved in plea negotiations and a plea is likely in this matter.

3. Counsel has been advised by the Defendant's family that the Defendant has been hospitalized in the Intensive Care Unit at Wiregrass Medical Center in Geneva, Alabama with apparent heart problems. Therefore; he has become unavailable to complete the plea or to sign a Waiver of Speedy Trial.

4. Counsel will supplement the record with a Waiver of Speedy Trial at such time as the Defendant recovers.

5.   Counsel for the Defendant has discussed this Motion with the assigned Assisstant United States Attorney and she has no objection to this continuance.

Wherefore; the undersigned respectfully requests that this matter be continued.

Respectfully submitted this 25th day of October, 2005.

_____
Russell T. Duraski  (DUR007)
Attorney for Defendant
5950 Carmichael Place
Suite 213
Montgomery, Alabama  36117
Telephone:  (334) 260-9733
FAX:  (334) 260-9735

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document upon the Assistant United States Attorney shown below by placing a copy of same in the United States mail, postage prepaid, and properly addressed.

Done this 25th day of October, 2005.

/s/ Russell T. Duraski
Russell T. Duraski (DUR007)
Attorney for Defendant

Tommie Hardwick, Esq.
Assistant U.S. Attorney
Post Office Box 197
Montgomery, Alabama 36101-0197