IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

RECEIVED
2005 OCT 28 A 9: 33

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | 1:05-cr-148-F |
| ) | |
| ANTHONY CHARLES BROWN ) | |

## WAIVER OF RIGHT TO SPEEDY TRIAL

Comes now the Defendant in the above-styled matter, Anthony Charles Brown, and files this his Waiver of Right to Speedy Trial and shows to the Court as follows:

1. The Defendant has been hospitalized and was unavailable for a period of time to assist counsel; and

2. The Defendant expressly waives his right to a speedy trial pursuant to the Speedy Trial Act and the Sixth Amendment to the United States Constitution.

_Anthony C Brown_
Anthony Charles Brown

Respectfully submitted this the 27th day of October, 2005.

*Russell T. Duraski* (signature)

Russell T. Duraski  (DUR007)
Attorney for Defendant
5950 Carmichael Place
Suite 213
Montgomery, Alabama 36117
Telephone:  (334) 260-9733
       FAX:  (334) 260-9735

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document upon the Assistant United States Attorney shown below by placing a copy of same in the United States mail, postage prepaid, and properly addressed.

Done this 27th day of October, 2005.

*Russell T. Duraski*
Russell T. Duraski (DUR007)
Attorney for Defendant

Tommie Hardwick, Esq.
Assistant U.S. Attorney
Post Office Box 197
Montgomery, Alabama   36101-0197