IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **United States of America** | * | |
| | * | |
| v. | * | Case No. 1:05-cr-148-F |
| | * | |
| **Anthony Charles Brown** | * | |

## NOTICE OF INTENT TO CHANGE PLEA

## AND REQUEST TO EXTEND PLEA DEADLINE

Comes now the Defendant in the above-styled matter and files this his NOTICE OF INTENT TO CHANGE PLEA AND REQUEST TO EXTEND PLEA DEADLINE and shows as follows:

1. The Defendant, by and through counsel, has entered into plea negotiations with the U.S. Attorney's Office and has reached a plea agreement.

2. The Defendant is prepared to change his plea to a plea of guilty in this matter and consents to said plea being entered before a Magistrate Judge.

3. However; as noted in previous pleadings the Defendant is under going certain medical treatment and tests related to his heart.

Additional tests are currently scheduled for November 17 and 30, 2005.

4. The current deadline for 11(c)(1)(c) pleas is November 28, 2005. Because of the Defendant's medical condition, it is requested that the deadline for such a plea be extended and the plea date be set after November 30, 2005 so that the Defendant may complete his treatment.

5. Counsel for the Defendant has discussed this request with the Assistant United States Attorney assigned to this case and she has no objection to this request.

Respectfully submitted this 16th day of November, 2005.

Russell T. Duraski  (DUR007)
Attorney for Defendant
5950 Carmichael Place
Suite 213
Montgomery, Alabama  36117
Telephone:  (334) 260-9733
FAX:  (334) 260-9735

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document upon the Assistant United States Attorney shown below by placing a copy of same in the United States mail, postage prepaid, and properly addressed.

Done this 16th day of November, 2005.

_____
Russell T. Duraski (DUR007)
Attorney for Defendant

Tommie Hardwick, Esq.
Assistant U.S. Attorney
Post Office Box 197
Montgomery, Alabama 36101-0197