IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CR. NO. 1:05CR148-F |
| | ) | |
| ANTHONY CHARLES BROWN | ) | |

**ORDER**

Pursuant to the defendant's *Notice of Intent to Change Plea and Request to Extend Plea Deadline* (Doc. #52) filed on November 16, 2005, it is hereby

**ORDERED** that the Request be and is hereby **GRANTED**. Defendant's change of plea hearing is set for **December 1, 2005**, at **11:30 a.m.,** in courtroom 4B, United States Courthouse Complex, One Church Street, Montgomery, Alabama.

The Clerk is directed to provide a court reporter for this proceeding. If the defendant is in custody, the United States Marshal or the person having custody of the defendant shall produce the defendant for the proceeding.

Done this 21st day of November, 2005.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE