U.S. Department of Justice  
United States Marshals Service

PROCESS RECEIPT AND RETURN  
See instructions for "Service of Process by U.S. Marshal"



| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | 1:05cr148-F  RECEIVED |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Ruby Howard Shirah d/b/a Bent Can Grocery and Bellwood Grocery, and Anthony Charles | Release of Lis Pendens/Levy - Bent Can |

2005 NOV -4  A 8:54

**SERVE AT**
- NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
- Geneva County Judge of Probate
- ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
- 200 North Commerce Street; Geneva, AL 36340

UNITED STATES MARSHALS SERVICE MIDDLE ALABAMA

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

UNITED STATES ATTORNEY OFFICE  
JOHN T. HARMON, AUSA  
P. O. BOX 197  
MONTGOMERY AL 36101-0197

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Fold                                                                                                                                    Fold

Signature of Attorney other Originator requesting service on behalf of:  
_John T H_  
☒ PLAINTIFF  ☐ DEFENDANT  
TELEPHONE NUMBER: (334) 223-7280  
DATE: 11/03/2005

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 2 | District to Serve No. 2 | Signature of Authorized USMS Deputy or Clerk _K. Chavers_ | Date 11/4/05 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

RETURNED AND FILED

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)

NOV 23 2005  
CLERK  
U.S. DISTRICT COURT  
MIDDLE DIST. OF ALA

Date: 11/17/05  Time: 12:55 ☒ pm

Signature of U.S. Marshal or Deputy  
_Kevin A. Chavers_

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| 45.00 | | 8.00 | 53.00 | | |

REMARKS: 11/9/05 C.M. # 7001 1140 0001 8579 6783  
11/17/05 Received recorded copy

PRIOR EDITIONS MAY BE USED     PRINT 5 COPIES:  
1. CLERK OF THE COURT  
2. USMS RECORD  
3. NOTICE OF SERVICE  
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.  
5. ACKNOWLEDGMENT OF RECEIPT

FORM USM-285  
Rev. 12/15/80  
Automated 01/00