IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

RECEIVED
2005 NOV 30  P 4: 22

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO. 1:05cr-148-F |
| | ) | [21 USC 843(b); |
| v. | ) | 18 USC 2] |
| | ) | |
| ANTHONY CHARLES BROWN | ) | INFORMATION |

The United States Attorney charges:

COUNT 1

From on or about April 10, 2003, to on or about April 22, 2003, in Geneva County, Alabama, within the Middle District of Alabama,

ANTHONY CHARLES BROWN,

defendant herein, while aiding and abetting another person, did knowingly use a telephone, to facilitate the sale of pseudoephedrine knowing or having reasonable cause to believe that it would be used to manufacture methamphetamine. All in violation of Title 21, United States Code, Section 843(b), and Title 18, United States Code, Section 2.

*/s/ Leura G. Canary*
LEURA GARRETT CANARY
UNITED STATES ATTORNEY

*/s/ Tommie Brown Hardwick*
TOMMIE BROWN HARDWICK
Assistant United States Attorney