# United States District Court

_____MIDDLE_____ DISTRICT OF _____ALABAMA_____

UNITED STATES OF AMERICA

v.

ANTHONY CHARLES BROWN

**WAIVER OF INDICTMENT**

CASE NUMBER: 1:05CR148-F

I, __Anthony Charles Brown__, the above named defendant, who is accused of

VIOLATION OF TITLE 21 USC § 843(b) & 18 USC 2,

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __12/1/05__ prosecution by indictment and consent that the
*Date*
proceeding may be by information rather than by indictment.

_____Anthony Charles Brown_____
*Defendant*

_____
*Counsel for Defendant*

Before _____
*Judicial Officer*