COURTROOM DEPUTY MINUTES  DATE: ___12/1/05___ FTR RECORDING: ___11:28 - 11:42___

MIDDLE DISTRICT OF ALABAMA          COURT REPORTER: __JAMES DICKENS_____

❏ARRAIGNMENT        √ **CHANGE OF PLEA**        ❏**CONSENT PLEA**

❏**RULE 44(c) HEARING**        ❏**SENTENCING**

---

**PRESIDING MAG. JUDGE:** *CHARLES S. COODY* **DEPUTY CLERK:** __*WANDA STINSON*_____

**CASE NUMBER:** *1:05CR148*-F-CSC        **DEFENDANT NAME:** __ANTHONY CHARLES BROWN__

**AUSA:** __TOMMIE HARDWICK_____        **DEFENDANT ATTY:** __*RUSSELL DURASKI*__

**USPO:** __DEWAYNE SPURLOCK_____        Type Counsel:  ( ) Waived;  ( ) Retained;  ( ) Panel CJA;  ( ) CDO

Defendant ___does __√__ does NOT need and interpreter.

Interpreter present? __√___NO ___YES        Name: _____

---

❏   This is defendant's **FIRST APPEARANCE. (Docket kia.!!!)**

❏   Financial Affidavit executed.  **ORAL MOTION** for Appointment of Counsel.

❏   **ORAL ORDER** Appointing ❏ FPD or ❏ CJA Panel.  Notice of Appearance to be filed.

√   **WAIVER OF INDICTMENT** executed and filed.

√   **FELONY INFORMATION** filed.

❏   Juvenile Information filed w/Certificate that State Court refuses jurisdiction.

**PLEA:**   ❏ Not Guilty  ❏ Nol Contendere  ❏ Not Guilty by reason of insanity

√ Guilty as to:  √ Count(s)__1____   of the **Felony Information**

❏Count(s)_____   ❏ dismissed on oral motion of USA;

❏To be dismissed at sentencing.

√   Consent to enter Guilty Plea before U.S. Magistrate Judge Executed.

❏   No Plea Agreement entered. √ Written plea agreement filed. ❏ **OPEN/ORAL** Plea Agreement.

❏ **ORDERED SEALED.**

√   **ORAL ORDER** Adjudicating defendant guilty.

√ **ORDER:** Defendant Continued under √ same Conditions/Bond  imposed ; ❏Released on Bond &

Conditions of Release for: ❏ Trial on _____; √ Sentencing on _____; √ To be set by Separate Order

❏ **ORDER:** Defendant remanded to custody of U.S. Marshal for:

❏ Trial on _____; or ❏ Sentencing on _____ ❏ set by separate Order.