IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF ALABAMA

SOUTHERN DIVISION

RECEIVED
2006 MAR -1  A 10: 48
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | | |
|---|---|---|
| **United States of America** | * | |
| | * | |
| v. | * | Case No. 1:CR-05-148-F |
| | * | |
| **Anthony Charles Brown** | * | |

### REQUEST FOR VOLUNTARY SURRENDER DATE

Comes now the Defendant and files this his REQUEST FOR VOLUNTARY SURRENDER DATE and shows as follows:

1. This matter is set for sentencing on March 8, 2006 at 10:00 a.m.

2. The Defendant has a history of health problems related to his heart and has a Doctor's appointment set March 10, 2006 for a possible heart related procedure.

3. The Defendant requests that he be allowed to stay free on the same bond after sentencing to have this procedure done and that a voluntary surrender date be set for him.

4. The United States Attorney's Office has been contacted regarding this request and has no opposition to the same.

Respectfully submitted this _1st_ day of _March_, 2006.

_____
Russell T. Duraski  (DUR007)
Attorney for Defendant
5950 Carmichael Place
Suite 213
Montgomery, Alabama  36117
Telephone:  (334) 260-9733
FAX:  (334) 260-9735

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document upon the Assistant United States Attorney shown below by placing a copy of same in the United States mail, postage prepaid, and properly addressed.

Done this _1st_ day of _March_, 2006.

Russell T. Duraski (DUR007)
Attorney for Defendant

Tommie Hardwick, Esq.
Assistant U.S. Attorney
Post Office Box 197
Montgomery, Alabama  36101-0197