# MINUTES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

HON.  MARK E. FULLER, PRESIDING          AT MONTGOMERY, AL

DATE COMMENCED:   3/8/06          AT:   9:15 a.m.
DATE COMPLETED:   3/8/06          AT:   9:45 a.m.

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| vs. | § | CR. NO. 1:05CR148-MEF |
| | § | |
| ANTHONY CHARLES BROWN | § | |

| GOVERNMENT | APPEARANCES: | DEFENDANT |
|---|---|---|
| Tommie Brown Hardwick | | Russell T. Duraski |

COURT OFFICIALS PRESENT:

Barbara Wells, Law Clerk                                             Jeffrey Lee, USPO
Kelli Gregg, Courtroom Clerk
Jimmy Dickens, Court Reporter

COURTROOM  PROCEEDINGS:

( X )  **Sentencing**

9:15 a.m. -   Court convenes.
.             Defense counsel states that there are no objections to the pre-sentence
              report.  There were only typographical errors that have been corrected.
              The Government states the terms of the plea agreement to the Court.
              The Court will accept the terms of the plea agreement between the parties
              and sentence defendant accordingly.
              Court will GRANT Governments Motion for Reduction for Acceptance of
              Responsibility, (Doc. #71).
              Defense counsel would like the low end of the sentence guideline of 24
              months to be imposed.
              Defendant is given the oath and sworn in with the Court.
              Court questions defendant under oath.
              The Court will GRANT the Governments Motion for Downward
              Departure Pursuant to 5K1.1, (Doc. #72).
              Court sentences defendant and advises him of his right to an appeal.
              Court will GRANT defendant's Request for Voluntary Surrender Date,
              (Doc. #70), and defendant shall surrender to the institution designated by
              the Federal Bureau of Prison on or before 2:00 p.m. on April 24, 2006.

|  |  |
|---|---|
|  | Government Moves to Dismiss original indictment in this case. |
|  | Court will GRANT Government's Motion to Dismiss indictment. |
| 9:45 a.m. - | Court is in recess. |