IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs. | ) | CR NO. _1:05CR-148-F 2_ |
| | ) | |
| _Anthony Charles Brown_ | ) | |

The Court finds after considering all available evidence that the defendant is not likely to flee or pose a danger to the safety of any other person, or the community, if released pending sentencing.

[X]  A.   It is ORDERED that the defendant be released and continued under the same conditions imposed by the U. S. Magistrate on _7/8/05_.

[ ]  B.   It is ORDERED that the defendant be remanded to the custody of the U. S. Marshal until the defendant posts the required bond as Ordered and/or agrees to comply with any other Ordered conditions of release as follows:

The defendant shall:

[ ]  1.   Execute an unsecured bond in the amount of $_____.

[ ]  2.   Execute a bail bond with surety in the amount of $_____.

[ ]  3.   Not commit a federal, state or local crime during the period of release.

[ ]  4.   Refrain from possessing a firearm or other dangerous weapon.

[ ]  5.   Report [weekly] to the Chief U. S. Pretrial Officer of this District, or his designee, in accordance with instructions.

[ ]  6.   Avoid all contact with the following named persons who are alleged victims and/or witness(es) involved in this case:
_____
_____

[ ]  7.   Refrain from excessive use of alcohol or any use of a narcotic drug or other controlled substance as defined in Section 102 of the Controlled Substance Act (21 U.S.C. 802) without a prescription by a licensed medical practitioner.

[ ]  8.   Be restricted to travel in _____
_____

[ ]  9.

DATE: _8 March 2006_

_____
UNITED STATES DISTRICT JUDGE