AO 245B (Rev. 06/05) Judgment in Criminal Case
Sheet 2 — Imprisonment

Judgment — Page 2 of 6

DEFENDANT: ANTHONY CHARLES BROWN
CASE NUMBER: 1:05CR148-F

## IMPRISONMENT

**RECEIVED**

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

2006 APR 28 P 12:59

Thirty (30) months.

UNITED STATES
MARSHALS SERVICE
MIDDLE ALABAMA

☐ The court makes the following recommendations to the Bureau of Prisons:

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

☐ at _____ ☐ a.m. ☐ p.m. on _____

☐ as notified by the United States Marshal.

X The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

X before 2 p.m. on   April 24, 2006

☐ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Office.

**RETURNED AND FILED**

**RETURN**

MAY - 1 2006

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

I have executed this judgment as follows:

Defendant delivered on   4-24-2006   to   FPC MON

at   Maxwell AFB, AL 36112  , with a certified copy of this judgment.

Scott A. Middlebrooks, Warden
~~UNITED STATES MARSHAL~~

By _____
~~DEPUTY UNITED STATES MARSHAL~~